No. 6429. GERARDINO, dmdte., *v.* SUCN. DURÁN, dmda., C. D. Ponce.— Julio 26, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, Juan José Gerardino fué condenado al pago de costas en un pleito que siguió contra los herederos de Emilio V. Durán:

POR CUANTO, el abogado que había defendido a los demandados presentó el memorándum de costas:

POR CUANTO, impugnado ese memorándum porque el abogado que lo firmó no ejercía entonces su profesión por ser funcionario judicial, la Corte permitió que fuera enmendado *nunc pro tunc* y se presentó otro firmado y jurado por uno de los herederos:

POR CUANTO, aprobado, rebajando su cuantía a $210, interpuso esta apelación el Sr. Gerardino, la que se nos pide desestimemos por ser frívola:

POR CUANTO, el único motivo del recurso es que la corte inferior no tenía autoridad en este caso para conceder la enmienda *nunc pro tunc*:

POR CUANTO, según los casos de *Fajardo Sugar Co.* v. *Torres y*

*otros*, 28 D.P.R. 63 y de *Casals* v. *Rosario*, 34 D.P.R. 77, la corte inferior tenía la facultad que el apelante le niega:

Por TANTO, resulta frívola esta apelación, por lo que debe ser y es desestimada.